No. —, original. EX PARTE MARTIN V. ROSS. May 17, 1943. The motion for leave to file petition for writ of habeas corpus is denied, without prejudice, on the ground that it does not appear that petitioner has exhausted state remedies by applying to the Supreme Court of Michigan for a writ of habeas corpus.

No. —, original. EX PARTE DEWEY GOOCH. May 17, 1943. The motion for leave to file petition for writ of habeas corpus is denied, without prejudice, on the ground that it does not appear that state court remedies have been exhausted.

No. —. SPENCE v. INDIANA. May 17, 1943. Application denied.

No. —, original. EX PARTE RICHARD RICE. May 24, 1943. The motion for leave to file petition for writ of habeas corpus is denied.

No. 5, original. COLORADO v. KANSAS ET AL. May 24, 1943. The report of the Special Master herein is received and ordered to be filed.

No. 2, October Term, 1941. BERNARDS ET AL. v. JOHNSON ET AL. May 24, 1943. The motion to recall the mandate is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.